UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER AMIGON,

                      Plaintiff,

v.

KTF ENTERPRISES, INC. and KIRKER
ENTERPRISES, INC.

                      Defendants.

Civil Action No. 7:19-cv-08108-NSR

~~PROPOSED~~ ORDER

Upon the Stipulation of counsel for all parties, it is:

    ORDERED that the actions U.S. Equal Employment Opportunity Commission v. KTF Enterprises, Inc. et el, Case # 7:19-cv-06611-NSR, and Amigon v. KTF Enterprises, Inc. et al, Case #: 7:19-cv-08108-~~UA~~ NSR shall be consolidated and proceed under the docket number 7:19-cv-06611-NSR pursuant to Fed. R. Civ. P. 42(a)(2).

Dated: Dec. 17, 2019
White Plains, NY

SO ORDERED:

_____
Hon. Nelson S. Román
United States District Judge

Clerk of the Court requested to terminate the motion (doc. 15).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2019

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER AMIGON

                Plaintiff,

v.

KTF ENTERPRISES, INC. and KIRKER ENTERPRISES, INC.

                Defendants.

**Civil Action No. 7:19-cv-08108-NSR**

**JOINT STIPULATION TO CONSOLIDATE PURSUANT TO FRCP 42**

      The parties, by and through counsel, stipulate and agree, subject to the approval of the Court, that: the actions Amigon v. KTF Enterprises, Inc. et al, Case #: 7:19-cv-08108-UA, and U.S. Equal Employment Opportunity Commission v. KTF Enterprises, Inc. et el, Case # 7:19-cv-06611-NSR, shall be consolidated and proceed under the docket number 7:19-cv-06611-NSR pursuant to Fed. R. Civ. P. 42(a)(2). The parties agree to proceed in accordance with the Civil Case Discovery Plan and Scheduling Order set forth in case 7:19-cv-06611-NSR. *See* ECF Docket Entry No. 26-1.

Date:  November 14, 2019
          Rochester, New York

| | |
|---|---|
| */s/ John A. Marsella* | */s/ Bonita L. Kristan* |
| John A. Marsella | Bonita L. Kristan |
| Worker Justice Center of New York | Littler Mendelson |
| 1187 Culver Road | 1100 Superior Avenue, 20th Floor |
| Rochester, New York 14609 | Cleveland, Ohio 44114 |
| (585)-325-3050 | 216-696-7600 |
| Fax: (585)-325-7614 | Fax: 216-649-0525 |
| jmarsella@wjcny.org | bkristan@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |